UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CANYON PARTNERS REAL
ESTATE LLC,

    Plaintiff,                                    No. 17-12852

v.                                            District Judge Bernard A. Friedman
                                              Magistrate Judge R. Steven Whalen

NEWBANKS/WASHINGTON
CONSTRUCTION CONSULTING
SERVICES, INC.,

    Defendant.
_____/

# ORDER

For the reasons and under the terms stated on the record on September 11, 2018, Defendant's Motion to Compel [Doc. #24] is GRANTED IN PART AND DENIED IN PART.

With respect to all discovery that is the subject of this motion, with the exception of Interrogatory No. 2 and Interrogatory No. 3, the motion is GRANTED, and Plaintiff will produce responses within 30 days of the date of this Order. If a response is to be determined with reference to the Plaintiff's documents, Plaintiff must "specify[] the records that must be reviewed, in sufficient detail to enable the interrogating party to locate and identify them as readily as the responding party could." Fed.R.Civ.P. 33(d)(1). Specifically, the Plaintiff will specify the records that are responsive to each request with Bates numbers. Plaintiff will in a like manner specify the documents that have already been produced in response to Defendant's discovery requests.

The Plaintiff will produce a privilege log as to any documents to which it is claiming privilege.

Defendant's request to compel responses to Interrogatory No. 2 and Interrogatory No. 3 is DENIED.

IT IS SO ORDERED.

Dated: September 11, 2018

s/R. Steven Whalen
R. STEVEN WHALEN
UNITED STATES MAGISTRATE JUDGE

### CERTIFICATE OF SERVICE

I hereby certify on September 11, 2018 that I electronically filed the foregoing paper with the Clerk of the Court sending notification of such filing to all counsel registered electronically. I hereby certify that a copy of this paper was mailed to non-registered ECF participants on September 11, 2018.

s/Carolyn M. Ciesla
Case Manager for the
Honorable R. Steven Whalen