UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CANYON PARTNERS REAL ESTATE LLC,

    Plaintiff,                                    Civil Action No. 17-CV-12852

vs.                                                 HON. BERNARD A. FRIEDMAN

NEWBANKS/WASHINGTON CONSTRUCTION
CONSULTING SERVICES, INC.,

    Defendant.

_____/

## JUDGMENT

    The Court has issued an opinion and order in this matter granting summary judgment for defendant on Count I of the complaint. The Court has previously dismissed the remaining counts of the complaint. Accordingly,

    IT IS ORDERED AND ADJUDGED that judgment be and is hereby granted for defendant and against plaintiff.

                                                                DAVID J. WEAVER
                                                                CLERK OF COURT

                                                                By: <u>Johnetta M. Curry-Williams</u>
                                                                      Deputy Clerk


Approved: <u>s/Bernard A. Friedman</u>
               BERNARD A. FRIEDMAN
               SENIOR U.S. DISTRICT JUDGE


Dated: April 11, 2019